# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| GEORGE MARK GOWEN, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:15-cv-41 |
| v. | * |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 31, 2016, Report and Recommendation, dkt. no. 19, to which Plaintiff filed Objections, dkt. no. 20. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **AFFIRMS** the decision of the Commissioner. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)